**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA — CRIMINAL NO. 26-198

VERSUS — SECTION "C" (3)

RICHARD WILLIAM HUYE, III — 18 USC §371

## NOTICE OF ARRAIGNMENT

Take notice that this criminal case has been set for **ARRAIGNMENT** on **SEPTEMBER 28, 2026, at 1:00 P.M.** before **MAGISTRATE JUDGE KAREN WELLS. ROBY**, 500 Poydras Street, HALE BOGGS BUILDING, New Orleans, LA 70130.

****IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING****
PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE

DATE: September 1, 2026

CAROL L. MICHEL, CLERK
by: Dedra D. Pongracz, Deputy Clerk
********************************

TO: **RICHARD WILLIAM HUYE, III**
**(SUMMONS)**

**COUNSEL FOR RICHARD WILLIAM HUYE, III**

Sean Toomey

AUSA Edward John Rivera
Tracey N. Knight

U.S. Marshal

U.S. Probation/Pretrial Services Unit

COURT REPORTER COORDINATOR:
INTERPRETER -NO

If you change address, notify
Clerk of Court by phone,
(504) 589-7747