**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 26-198 |
| VERSUS | SECTION "C" (3) |
| RICHARD WILLIAM HUYE, III | 18 USC §371 |

## NOTICE OF RE-ARRAIGNMENT

Take notice that this criminal case has been set for RE-ARRAIGNMENT on **SEPTEMBER 28, 2026, at 2:30 P.M.** before **JUDGE WILLIAM J. CRAIN**, 500 Poydras Street, Courtroom C-414, New Orleans, LA 70130.

****IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING****

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE

DATE: September 1, 2026

CAROL L. MICHEL, CLERK
by: Dedra D. Pongracz, Deputy Clerk
*********************************

TO: **RICHARD WILLIAM HUYE, III**
**(SUMMONS)**

**COUNSEL FOR RICHARD WILLIAM HUYE, III**

Sean Toomey

AUSA Edward John Rivera
Tracey N. Knight

U.S. Marshal

U.S. Probation/Pretrial Services Unit

COURT REPORTER COORDINATOR:
INTERPRETER -NO

If you change address, notify
Clerk of Court by phone,
(504) 589-7747