**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-198** |
| **v.** | * | **SECTION: "C"** |
| **RICHARD WILLIAM HUYE, III** | * | |

* * *

**MOTION TO CONTINUE RE-ARRAIGNMENT**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents:

**I.**

The re-arraignment in this matter is set for Monday, September 28, 2026, at 2:30 pm. The government requests that this hearing be continued until October 6, 2026, due to scheduling issues.

**II.**

Defense counsel has no objection to the requested continuance.

**WHEREFORE**, the United States of America respectfully requests that the re-arraignment in this matter be continued.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney
Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163
Email: edward.j.rivera@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney