**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-198** |
| **v.** | * | **SECTION: "O"** |
| **RICHARD WILLIAM HUYE, III** | * | |

* * *

**MOTION TO CONTINUE INITIAL APPEARANCE,**
**ARRAIGNMENT, AND REARRAIGNEMNT**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents:

**I.**

The initial appearance, arraignment, and rearraignment in this matter are set for Thursday, October 22, 2026, at 2:00 pm. The government requests that these hearings be continued as the defendant, Richard William Huye, III, has recently retained new counsel.

**II.**

The undersigned has spoken to defense counsel, who does not object to a continuance.

**WHEREFORE**, the United States of America respectfully requests that the initial appearance, arraignment, and rearraignment in this matter be continued without date.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney
Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3163
Email: edward.j.rivera@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/Edward J. Rivera*
EDWARD J. RIVERA
Assistant United States Attorney